IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>DEMERT BRANDS, LLC dba NOT YOUR MOTHER'S,<br><br>Defendant. | Civil Action No. 3:20-cv-00317-CSH |

## NOTICE OF SETTLEMENT

Plaintif, Barbara Blejewski, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant Demert Brands, LLC. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: December 9, 2020          Respectfully Submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti, Esq. (ct28885)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
steti@blockleviton.com

*Attorney for Plaintiff Barbara Blejewski*

## **CERTIFICATE OF SERVICE**

I certify that on the 9th day of December, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

    */s/ Stephen J. Teti*    
Stephen J. Teti
