IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI,<br><br>               Plaintiff,<br><br>   v.<br><br>DEMERT BRANDS, LLC dba NOT YOUR MOTHER'S,<br><br>               Defendant. | Civil Action No. 3:20-cv-00317-CSH |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Barbara Blejewski filed the above-referenced case against Defendant Demert Brands, LLC dba Not Your Mother's, on March 10, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: May 7, 2021                                       Respectfully Submitted,

                                                                    */s/ Stephen J. Teti*
                                                                    Stephen J. Teti (ct28885)
                                                                    **BLOCK & LEVITON LLP**
                                                                    260 Franklin Street, Suite 1860
                                                                    Boston, MA  02110
                                                                    Telephone: (617) 398-5600
                                                                    steti@blockleviton.com

                                                                    *Attorney for Plaintiff Barbara Blejewski*

## **CERTIFICATE OF SERVICE**

    I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 7th day of May, 2021.

                                                    */s/ Stephen J. Teti*
                                                    Stephen J. Teti